SALISBURY LEGAL CORP
Lawrence J. Salisbury (SBN179748)
656 5th Ave., Suite R
San Diego, California 92101
Telephone: (619) 241-2760

SCHULTZ REDMOND LAW GROUP, PC
Mark A. Redmond, Esq. (SBN 161520)
555 University Ave. Suite 154
Sacramento, California 95825
Telephone: (916) 444-8240

Attorneys for Plaintiff, TERRY STRANGE, and all others similarly situated

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TERRY STRANGE, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MDR GROUP, LLC d/b/a #250-America's Mobile Speed Dial, erroneously sued as Mobile Direct Response, and Does 1-100, inclusive,<br>Defendant. | Case No.: 2:19-cv-00135-TLN-CKD<br><br>Assigned for All Purposes to:<br>Hon. Judge Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**ORDER RE: STIPULATION TO EXTEND TIME TO SUBMIT JOINT STATUS REPORT (L.R. 144)**<br><br>Current Response Date: April 26, 2019<br>New Response Date: May 3, 2019 |

PURSUANT TO STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, the Court orders as follows:

1. The parties shall complete and file the Joint Status Report by May 3, 2019.

**IT IS SO ORDERED**.

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge