KUTAK ROCK LLP
Jacob Song (SBN 265371)
jacob.song@kutakrock.com
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394

Nicole Moriarty (PHV Forthcoming)
Nicole.Moriarty@kutakrock.com
1625 I St., NW, Suite 800
Washington, DC 20006
Telephone: (202) 828-2446
Facsimile: (202) 828-2488

Attorneys for Defendant

MDR GROUP, LLC d/b/a #250—America's
Mobile Speed Dial, erroneously sued as
Mobile Direct Response

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY STRANGE, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MDR GROUP, LLC d/b/a #250—America's Mobile Speed Dial, erroneously sued as Mobile Direct Response, and Does 1-100, inclusive,<br><br>Defendant. | Case No. 2:19-CV-00135-TLN-CKD<br><br>Assigned for All Purposes to:<br>Hon. Judge Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**ORDER GRANTING A 90-DAY STAY AND VACATING THE AMENDED PRETRIAL SCHEDULING ORDER (ECF 20)**<br><br>[Filed concurrently with the Joint Stipulation to Stay Proceedings Pending Settlement] |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING:

Court orders as follows:

1. Proceedings in the above-captioned matter shall be stayed for all purposes other than as may be required under Federal Rule of Civil Procedure 23(e) for a period of ninety (90) days unless earlier termination of the stay is requested by a Party in the case and approved by the Court;

2. An extension of the stay may be requested by the Parties for good cause shown;

3. The Amended Pretrial Scheduling Order (ECF 20) and all dates and deadlines provided therein is hereby vacated.

**4. Not later than seven (7) days following entry of any Order lifting the stay (by Party request, stipulation, or at the expiration of 90 days), the Parties shall submit a joint proposed scheduling order to the Court for the Court's consideration.**

**IT IS SO ORDERED.**

**Dated: September 6, 2019**

Troy L. Nunley
United States District Judge

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE