| | |
|---|---|
| 1 | KUTAK ROCK LLP |
| | Jacob Song (SBN 265371) |
| 2 | jacob.song@kutakrock.com |
| | 5 Park Plaza, Suite 1500 |
| 3 | Irvine, CA 92614-8595 |
| | Telephone: (949) 417-0999 |
| 4 | Facsimile: (949) 417-5394 |
| 5 | Nicole Moriarty (PHV) |
| | Nicole.Moriarty@kutakrock.com |
| 6 | 1625 I St., NW, Suite 800 |
| | Washington, DC 20006 |
| 7 | Telephone: (202) 828-2446 |
| | Facsimile: (202) 828-2488 |
| 8 | |
| | Attorneys for Defendant |
| 9 | |
| | MDR GROUP, LLC d/b/a #250—America's |
| 10 | Mobile Speed Dial, erroneously sued as |
| | Mobile Direct Response |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY STRANGE, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MDR GROUP, LLC, erroneously sued as Mobile Direct Response, and Does 1-100, inclusive,<br><br>Defendant. | Case No. 2:19-CV-00135-TLN-CKD<br><br>Assigned for All Purposes to:<br>Hon. Judge Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**ORDER GRANTING A 120-DAY STAY AND VACATING THE AMENDED PRETRIAL SCHEDULING ORDER (ECF 20)**<br><br>[Filed concurrently with the Joint Stipulation to Stay Proceedings Pending Settlement] |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING:

The Parties having shown good cause, the Court orders as follows:

1. Proceedings in the above-captioned matter shall be stayed for all purposes other than as may be required under Federal Rule of Civil Procedure 23(e) for an additional period of one-hundred and twenty (120) days unless earlier termination of the stay is requested by a Party in the case and approved by the Court after consideration of all timely and proper submissions of the Parties;

2. A further extension of the stay may be requested by the Parties for good cause shown.

**IT IS SO ORDERED.**

DATED: December 2, 2019

_____
Troy L. Nunley
United States District Judge