SALISBURY LEGAL CORP.
Lawrence J. Salisbury (SBN179748)
656 5th Ave., Suite R
San Diego, California 92101
Telephone: (619) 241-2760

LAW OFFICES OF MARK A. REDMOND, PC
Mark A. Redmond, Esq. (SBN 161520)
555 University Ave. Suite 154
Sacramento, California 95825
Telephone: (916) 444-8240

Attorneys for Plaintiff, TERRY STRANGE, and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TERRY STRANGE, an individual, on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  vs.<br><br>MDR GROUP, LLC d/b/a #250-America's Mobile Speed Dial, erroneously sued as Mobile Direct Response, and Does 1-100, inclusive,<br>        Defendant. | Case No.: 2:19-cv-00135-TLN-CKD<br><br>Assigned for All Purposes to:<br>Hon. Judge Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**ORDER**<br><br>[Filed concurrently with the Joint Stipulation to Extend Stay of Proceedings Pending Settlement] |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING:

The Parties having shown good cause, the Court orders as follows:

1. Proceedings in the above-captioned matter shall be stayed for all purposes other than as may be required under Federal Rule of Civil Procedure 23(e) for an additional period of ninety (90) days unless earlier termination of the stay is requested by a Party in the case and approved by the Court after consideration of all timely and proper submissions of the Parties;

2. A further extension of the stay may be requested by the Parties for good cause shown.

**IT IS SO ORDERED.**

Dated: April 7, 2020

Troy L. Nunley
United States District Judge