SALISBURY LEGAL CORP.
Lawrence J. Salisbury (SBN179748)
656 5th Ave., Suite R
San Diego, California 92101
Telephone: (619) 241-2760

LAW OFFICES OF MARK A. REDMOND, PC
Mark A. Redmond, Esq. (SBN 161520)
555 University Ave. Suite 154
Sacramento, California 95825
Telephone: (916) 444-8240

Attorneys for Plaintiff, TERRY STRANGE, and all others similarly situated

KUTAK ROCK LLP
Rebecca L. Wilson
5 Park Plaza, Suite 1500
Irvine, California 92614-8595
Telephone: (949) 417-0999

Attorneys for Defendant, MDR GROUP LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TERRY STRANGE, an individual, on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>MDR GROUP, LLC d/b/a #250-America's Mobile Speed Dial, erroneously sued as Mobile Direct Response, and Does 1-100, inclusive,<br>      Defendant. | Case No.: 2:19-cv-00135-TLN-CKD<br><br>Assigned for All Purposes to:<br>Hon. Judge Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**STIPULATION TO REMAND CLASS ACTION; ORDER THEREON** |

Plaintiff Terry Strange ("Plaintiff" or "Strange" or "Class Representative"), individually and on behalf of all others similarly situated (the "Settlement Class"), and Defendant MDR Group LLC d/b/a #250-America's Mobile Speed Dial ("Defendant" or "MDR") (collectively with Plaintiff, the "Parties") stipulate with reference to the following facts:

1. On November 29, 2018, Plaintiff filed a putative class action in Superior Court of California, County of Sacramento, Case No. 30-2018-00245494, on behalf of himself and all others similarly-situated in California who called MDR and who had those calls monitored and recorded by or on behalf of MDR without having been first informed or without having first consented to recordation of such call.

2. The Complaint stated a cause of action pursuant to California Penal Code section 632.7 and a count of Invasion of Privacy.

3. On or about January 22, 2019, Defendant removed the Class Action to federal court pursuant 28 U.S.C. § 1332(d).  The case was assigned to this Court, Case No. 2:19-cv-00135-TLN-CKD.

4. After mediation with the Hon. Edward Infante (Ret.), the Parties reached a settlement on November 23, 2020 providing for a non-reversionary, all cash settlement to the putative class of Nine Hundred Seventy-Five Thousand U.S. Dollars ($975,000). The Parties have further agreed that the settlement is more appropriately resolved in the Superior Court of California, County of Sacramento.

**WHEREFORE**, the Parties hereby stipulate that good cause exists to remand this Class Action back to state court, Superior Court of California, County of Sacramento, Case No. 30-2018-00245494, for settlement purposes only. This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

Dated: December 21, 2020                KUTAK ROCK LLP

                                         /s/ Rebecca Wilson
                                         Rebecca Wilson, Esq.
                                         Attorneys for Defendant MDR Group LLC

|     |                              |                                          |
| --- | ---------------------------- | ---------------------------------------- |
| 1   |                              |                                          |
| 2   | Dated: December 21, 2020     | SALISBURY LEGAL CORP.                    |
| 3   |                              |                                          |
| 4   |                              | /s/ Lawrence J. Salisbury                |
|     |                              | Lawrence J. Salisbury, Esq.              |
| 5   |                              | Attorney for Plaintiff Terry Strange     |
| 6   |                              |                                          |
| 7   |                              | LAW OFFICES OF MARK A REDMOND, PC        |
| 8   |                              |                                          |
| 9   | Dated: December 21, 2020     | /s/ Mark A. Redmond                      |
|     |                              | Mark A. Redmond, Esq.                    |
| 10  |                              | Attorney for Plaintiff Terry Strange     |

2
STIPULATION TO REMAND CLASS ACTION; ORDER THEREON

CASE NO.: 2:19-CV-00135-TLN-CKD

**ORDER**

On December 21, 2020, the Parties to the above-referenced Class Action filed a Stipulation to Remand Class Action. The Court having reviewed the stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Eastern District of California Case No. 2:19-cv-00135-TLN-CKD is hereby remanded to the Superior Court of California, County of Sacramento, Case No. 30-2018-00245494.

IT IS SO ORDERED.

Dated: December 22, 2020

HON. TROY L. NUNLEY, JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFONIA